FILED

2005 Aug-10  AM 10:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| DAVID R. DAVIS, | § § § § | CIVIL ACTION NUMBER: |
| Plaintiff, | | |
| vs. | § § | _____ |
| THE ALABAMA GREAT SOUTHERN RAILROAD COMPANY; | § § § | JURY DEMANDED |
| Defendants. | § § | |

## COMPLAINT

Comes the plaintiff, David R. Davis, and brings this action against the defendant, The Alabama Great Southern Railroad Company, and as grounds therefore alleges as follows:

1.     The jurisdiction of the United States District Court, Northern District of Alabama, Western Division, is based upon an Act of the Congress of the United States, generally referred to as the Federal Employers' Liability Act, 45 U.S.C. § 51.

2.     The defendant, The Alabama Great Southern Railroad Company, and its employees, including plaintiff, have at all times material to this action been subject to the provisions of the said Federal Employers' Liability Act.

3.     The defendant, The Alabama Great Southern Railroad Company, is a corporation and has at all times material to this complaint been, or operated as, a common carrier by railroad engaged in the business of operating a railroad for the transportation of freight for hire in interstate commerce.  The defendant owns property, transacts business and maintains agents for the transaction of business in Tuscaloosa County, Alabama.

4.     Plaintiff is a resident of Blount County, Alabama.  On or about May 9, 2005, and at all times material to this complaint, plaintiff was an employee of the defendant, The Alabama Great Southern Railroad Company.   At the time of the accident made the basis of this complaint, part of the duties of the plaintiff in connection with his employment by the defendant were in furtherance of interstate commerce or closely and substantially affected same.

6.     On or about May 9, 2005, plaintiff was employed by the defendant as a conductor trainee and was assigned by the defendant to further his training on a crew on one of Defendant's trains working in the Defendant's Tuscaloosa Yard, Tuscaloosa, Alabama.  While he was so engaged, Plaintiff was instructed by a crewman to get off the train's locomotive to line a switch.  While he was performing as instructed, the aforesaid train's locomotive hit him from behind and Plaintiff was injured and damaged as follows:

Plaintiff's back, shoulder, head, ribs and body and the bones, ligaments, nerves, muscles, veins, cartilages, tendons, vessels, and other tissues thereof were fractured, torn, wrenched, twisted, sprained, strained and otherwise injured and damaged.  Plaintiff was made sick and sore and caused to suffer great

physical pain and mental anguish and he will be caused to suffer such great physical pain and mental anguish in the future. Plaintiff has been caused to undergo serious and painful medical and surgical care and treatment and will be caused to undergo such medical care and treatment in the future. Plaintiff has been caused to incur expense for such medical and surgical care and treatment he has received and he will be caused to incur such expense in the future. Plaintiff has been caused to lose wages and benefits in the past and he will be caused to lose such wages and benefits in the future. Plaintiff's power and capacity to work and earn money in the future has been permanently impaired; Plaintiff's quality of life has been permanently damaged; and plaintiff has been permanently injured and damaged.

## FIRST CAUSE OF ACTION

7.    Plaintiff, for his first cause of action, adopts the allegations of paragraphs 1 through 6 of this complaint and adds thereto the following allegations:

Plaintiff avers that he was caused to sustain and suffer all of his aforesaid injuries and damages as a result, in whole or in part, of the negligence of the officers, agents or employees of the defendant while acting in the line and scope of their employment by the defendant, or by reason of a defect or insufficiency due to the negligence of the defendant in its engines, cars, appliances, machinery, roadbed, works or other equipment.

## SECOND CAUSE OF ACTION

8.     Plaintiff, for his second cause of action, adopts the allegations of paragraphs 1 through 6 of this complaint and adds thereto the following allegations:

Plaintiff avers that he was caused to sustain and suffer all of his aforesaid injuries and damages as a result, in whole or in part, of the failure of the defendant to provide plaintiff with a reasonably safe place to work and with reasonably safe and suitable tools and equipment.

## THIRD CAUSE OF ACTION

9.     Plaintiff, for his third cause of action, adopts the allegations of paragraphs 1 through 6 of this complaint and adds thereto the following allegations:

Plaintiff avers that he was caused to sustain and suffer all of his aforesaid injuries and damages as a result, in whole or in part, of the violation by the Defendant of the Federal Rail Safety Act, 49 U.S.C. § 20101, et seq. and certain rules of the Federal Railroad Administration promulgated pursuant to the Federal Rail Safety Act, which are collected at, 49 C.F.R. Part 220.

10.     WHEREFORE, plaintiff demands judgment for actual and compensatory damages against the defendant, The Alabama Great Southern Railroad Company, under each of the aforesaid causes of action in an amount to be determined by a jury, plus costs of this action and for such other and further relief as the Court may deem just and proper.

PLAINTIFF DEMANDS TRIAL BY STRUCK JURY.

William C. Tucker, Jr. (ASB-5308-T72W)
LUCAS, WASH, PETWAY, TUCKER
  & STEPHENS, P.C.
Two Chase Corporate Drive, #460
Birmingham, Alabama   35244
(205) 733-1595

## PLEASE SERVE DEFENDANT THE ALABAMA GREAT SOUTHERN RAILROAD BY CERTIFIED MAIL AT:

The Alabama Great Southern Railroad Company
c/o Crawford S. McGivaren, Jr., Registered Agent
Suite 700, 2001 Park Place North
Birmingham, Alabama  35203