FILED
2006 Jun-21  PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DAVID R. DAVIS, | ] |
| Plaintiff, | ] |
| vs. | ] CV-05-CO-01680-W |
| ALABAMA GREAT SOUTHERN RAILROAD COMPANY, | ] |
| Defendant. | ] |

ORDER

The Court has been advised by the parties' mediator, G.M. Van Tassel, Jr., that the above entitled cause has been successfully mediated. Therefore, it is ADJUDGED that this cause is hereby DISMISSED with prejudice. However, any party may, for good cause shown, reopen the action within forty-five (45) days from the date of this order. Costs are taxed as paid.

Done this <u>21st</u> day of <u>June 2006</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE